# SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  IGNACIO PEREZ DE LA CRUZ
   Trial Attorney, Department of Justice, Tax Division
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America
8

**FILED**

AUG 15 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,               CASE NO. 2:13-CR-217 KJM

13                   Plaintiff,             [PROPOSED] ORDER TO SEAL

14            v.

15  TERESA MARIE MARTY,                     (UNDER SEAL)
    REBECCA BANDERA-MARTY,
16  PAMELA ANN HARRIS,
    CHARLES J. TINGLER, and
17  VICTORIA M. TINGLER,

18                   Defendants.

19

20       The Court hereby orders that the Superseding Indictment, the Petition of Assistant U.S. Attorney

21  MATTHEW D. SEGAL to Seal Superseding Indictment, and this Order, in the above-referenced case,

22  shall be sealed until the arrest of the defendants or until further order of the Court.

23

24

25  Dated:  8/15/13            _____
                               The Honorable Kimberly J. Mueller DALE A. DROZD
26                             UNITED STATES MAGISTRATE JUDGE

27

28

[PROPOSED] ORDER TO SEAL INDICTMENT                    1