DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail:  davefischer@yahoo.com

Attorney for Defendant
GARIK VOSKANYAN


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:13-CR-00274 TLN |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS UNDER |
| | ) SPEEDY TRIAL ACT; FINDINGS AND |
| v. | ) ORDER |
| | ) |
| | ) |
| | ) |
| KARAPET DAMARYAN, and | ) |
| GARIK VOSKANYAN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through their counsels of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 27, 2014.

2.      By this stipulation, the defendants now move to continue the status conference until May 22, 2014, at 9:30 a.m., and to exclude time between March 27, 2014, and May 22, 2014, under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case

1    includes approximately 98 pages of investigative reports and related documents in electronic

2    form.  All of this discovery has been either produced directly to counsel and/or made available

3    for inspection and copying.

4            b.      Counsel for the defendants desire additional time to consult with their respective

5    clients, to review the current charges, to conduct investigation and research related to the

6    charges, to review and copy discovery for this matter, to discuss potential resolutions with their

7    clients, to prepare pretrial motions, and to otherwise prepare for trial.

8            c.      Counsel for the defendants believe that failure to grant the above-requested

9    continuance would deny the defendant the reasonable time necessary for effective preparation,

10   taking into account the exercise of due diligence.

11           d.      The government does not object to the continuance.

12           e.      Based on the above-stated findings, the ends of justice served by continuing the

13   case as requested outweigh the interest of the public and the defendant in a trial within the

14   original date prescribed by the Speedy Trial Act.

15           f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16   et seq., within which trial must commence, the time period of March 27, 2014, to May 22, 2014,

17   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

18   because it results from a continuance granted by the Court at defendant's request on the basis of

19   the Court's finding that the ends of justice served by taking such action outweigh the best interest

20   of the public and the defendant in a speedy trial.

21           4.      Nothing in this stipulation and order shall preclude a finding that other provisions

22   of the Speedy Trial Act dictate that additional time periods are excludable from the period within

23   which a trial must commence.

24

25

26

27

28   IT IS SO STIPULATED.

Dated:  March 25, 2014

BENJAMIN WAGNER
U.S. ATTORNEY

by:     /s/ David D. Fischer for
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:   March 25, 2014

/s/  David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
GARIK VOSKANYAN

Dated:  March 25, 2014

/s/ David D. Fischer for
MICHAEL CHASTAINE
Attorney for Defendant
KARAPET DAMARYAN

**O R D E R**

IT IS SO FOUND AND ORDERED this 27th day of March, 2014.

Troy L. Nunley
United States District Judge