DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail:  davefischer@yahoo.com

Attorney for Defendant
GARIK VOSKANYAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br><br>KARAPET DAMARYAN, and<br>GARIK VOSKANYAN,<br><br>        Defendants. | No. 2:13-CR-00274 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through their counsels of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 30, 2015.

2.      By this stipulation, the defendants now move to continue the status conference until June 4, 2015, at 9:30 a.m., and to exclude time between April 30, 2015, and June 4, 2015, under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case

includes approximately 98 pages of investigative reports and related documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b.      Counsel for Mr. Damaryan has been assigned out to trial in State Court and will not be available for the April 30, 2015, appearance.  Additionally, counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

      c.      Counsel for the defendants believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The government does not object to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of , April 30, 2015, through June 4, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April. 28, 2015                                         BENJAMIN WAGNER
                                                                U.S. ATTORNEY

                                                     by:    /s/ David D. Fischer for
                                                            MATTHEW MORRIS
                                                            Assistant U.S. Attorney
                                                            Attorney for Plaintiff


Dated:   April 28, 2015                                     /s/  David D. Fischer
                                                            DAVID D. FISCHER
                                                            Attorney for Defendant
                                                            GARIK VOSKANYAN


Dated:  April 28, 2015                                      /s/ David D. Fischer for
                                                            ALAN DONATO
                                                            Attorney for Defendant
                                                            KARAPET DAMARYAN


**O R D E R**

IT IS SO FOUND AND ORDERED this 28th day of April, 2015.


                                                     _____
                                                     Troy L. Nunley
                                                     United States District Judge

3