KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
GARIK VOSKANYAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KARAPET DAMARYAN,<br>GARIK VOSKANYAN.<br><br>  Defendants. | No. 13-CR-00274-GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING CASE<br>AND EXCLUDING TIME<br><br>Date:  July 29, 2016<br>Time:  9:00 am.<br>Judge:  Honorable Garland E. Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Amy Hitchcock, Assistant United States Attorney, attorney for plaintiff, together with Alan Donato, attorney for defendant, Karapet Damaryan, and Kyle Knapp, attorney for defendant Garik Voskanyan, that the previously-scheduled status conference, currently set for June 24, 2016, be vacated and that the matter be set for status conference on July 29, 2016 at 9:00 a.m.

    On June 21, 2016, the United States produced additional discovery to defendants totaling 46 pages. Counsel have conferred and this continuance is requested to allow counsel

for the defendants to review the recently received discovery, conduct research and to comprehensively evaluate the case.

    IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, June 22, 2016, up to and including July 29, 2016.

IT IS SO STIPULATED.

Dated: June 22, 2016                                                      PHILLIP A. TALBERT  
                                                                  ACTING UNITED STATES ATTORNEY

                                                     by:     /s/ AMY HITCHCOCK  
                                                                        AMY HITCHCOCK  
                                                                        Assistant U.S. Attorney  
                                                                        Attorney for Plaintiff

Dated: June 22, 2016                                                       /s/ Alan Donato  
                                                                        ALAN DONATO  
                                                                        Attorney for Defendant  
                                                                        KARAPET DAMARYAN

Dated: June 22, 2016                                                       /s/ Kyle R. Knapp  
                                                                        KYLE KNAPP  
                                                                        Attorney for Defendant  
                                                                        GARIK VOSKANYAN

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's June 24, 2016 criminal calendar and re-calendared for status conference on July 29, 2016.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on June 22, 2016, through and including July 29, 2016.

**IT IS SO ORDERED**.
Dated:  June 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge