ALAN J. DONATO, SBN: 264755
Law Offices of Alan J. Donato
1383 Garden Highway, Suite 200
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.527.0819

Attorney for Defendant
KARAPET DAMARYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>KARAPET DAMARYAN,<br>GARIK VOSKANYAN.<br><br>            Defendants. | Case No.: 13-CR-00274-GEB<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date: October 28, 2016<br>Time: 9:00 A.M.<br>Judge: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Amy Hitchcock, Assistant United States Attorney, attorney for plaintiff, together with Alan Donato, attorney for defendant Karapet Damaryan, and Kyle Knapp, attorney for defendant Garik Voskanyan, that the previously scheduled status conference, currently set for September 16, 2016, be vacated and that the matter be set for status conference on October 28, 2016 at 9:00 a.m.

   On June 21, 2016, the United States produced additional discovery to defendants totaling 46 pages.  Counsel have conferred and this continuance is requested to allow counsel for the defendants to complete their review and investigation of the recently received discovery and fully discuss the implications of these materials with their clients.  Further, additional time is necessary for counsel for the defendants to conclude their investigations of immigration and medical consequences of potential resolutions in this case and otherwise effectively prepare a defense in this case.

1

1    IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, September 13 2016, up to and including October 28, 2016.

IT IS SO STIPULATED.

Dated: September 13, 2016          PHILLIP A. TALBERT
                                   ACTING UNITED STATES ATTORNEY

                       By:   /s/ AMY HITCHCOCK
                             AMY HITCHCOCK
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

Dated: September 13, 2016          /s/ Alan J. Donato
                                   ALAN J. DONATO,
                                   Attorney for Defendant
                                   KARAPET DAMARYAN

Dated: September 13, 2016          /s/ Kyle R. Knapp
                                   KYLE R. KNAPP
                                   Attorney for Defendant
                                   GARIK VOSKANYAN

2

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's September 16, 2016 criminal calendar and re-calendared for status conference on October 28, 2016.

Based on the representations of the parties, the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendants in a speedy trial.  Time is excluded from the time of the filing of this stipulation on September 13, 2016, through and including October 28, 2016.

**IT IS SO ORDERED.**

Dated:  September 14, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge