PHILLIP A. TALBERT
United States Attorney
AMY S. HITCHCOCK
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>GARIK VOSKANYAN,<br><br>                   Defendant. | CASE NO. 2:13-CR-274-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: January 20, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 20, 2017.

2. By this stipulation, defendant now moves to:

    a) Vacate the status hearing scheduled for January 20, 2017;

    b) Schedule a trial confirmation hearing at 9:00 a.m. on May 12, 2017;

    c) Order the defendant, defense counsel and at least one prosecutor to appear at the trial confirmation hearing consistent with Local Rule 450;

    d) Schedule a jury trial to commence at 9:00 a.m. on June 20, 2017, which the parties estimate will take approximately one court week (Tuesday through Thursday); and

    e) Exclude time between January 20, 2017, and June 20, 2017, under the Speedy

Trial Act, Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 145 pages of paper discovery, which has been produced directly to counsel and/or made available for inspection and copying.

    b) The government has disclosed to counsel the existence of additional records related to confidential source reporting, but has not produced those materials to counsel.

    c) Counsel for defendant desires additional time review the discovery and prepare the defendant for trial.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 20, 2017 to June 20, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

IT IS SO STIPULATED.

Dated:  January 19, 2017                              PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ MATTHEW G. MORRIS
                                                     AMY S. HITCHCOCK
                                                     MATTHEW G. MORRIS
                                                     Assistant United States Attorney


Dated:  January 19, 2017                             /s/ GEORGE MGDESYAN
                                                     (auth by email from Anna
                                                     Osipov on 1/19/17)
                                                     GEORGE MGDESYAN
                                                     Counsel for Defendant
                                                     GARIK VOSKANYAN


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 19, 2017


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT