PHILLIP A. TALBERT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-274-GEB |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL CONFIRMATION HEARING AND TRIAL DATES AND TO SET CHANGE OF PLEA HEARING; [PROPOSED] ORDER |
| v. | |
| GARIK VOSKANYAN, | |
| Defendant. | DATE: May 12, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Garik Voskanyan, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on May 12, 2017. Trial was scheduled to commence on June 20, 2017.

2. On May 10, 2017, the parties filed a signed plea agreement as to defendant Voskanyan. *See* ECF 93.

3. By this stipulation, the parties now jointly request that the Court:

    a) Vacate the trial confirmation hearing set for May 12, 2017;

    b) Vacate the trial scheduled to commence on June 20, 2017; and

    c) Schedule a status hearing on May 26, 2017 as to defendant Voskanyan for intended change of plea.

STIP RE: VACATE TCH AND TRIAL DATES AND
SET CHANGE OF PLEA HEARING

1

4. Time under the Speedy Trial Act was previously excluded through the planned trial date of June 20, 2017, and no further time exclusions are necessary.

IT IS SO STIPULATED.

Dated: May 10, 2017           PHILLIP A. TALBERT
                              United States Attorney

                              /s/ AMY SCHULLER HITCHCOCK
                              AMY SCHULLER HITCHCOCK
                              Assistant United States Attorney

Dated: May 10, 2017           /s/ GEORGE MGDESYAN
                              GEORGE MGDESYAN
                              Counsel for Defendant
                              GARIK VOSKANYAN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 17, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge