GEORGE G. MGDESYAN, SBN 225476
MGDESYAN LAW FIRM
15260 VENTURA BLVD., PENTHOUSE 2200
SHERMAN OAKS, CA 91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6877
Email: george@mgdesyanlaw.com

Attorney for Defendant
GARIK VOSKANYAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-cr-00274 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; PROPOSED FINDINGS AND ORDER |
| vs. | |
| GARIK VOSKANYAN, | Current Date: September 15, 2017 |
| | Proposed Date: September 29, 2017 |
| Defendant | |

Defendant, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. Mr. Voskanyan entered a guilty plea on May 26, 2017.

2. Judgment and Sentencing was initially set for August 25, 2017. Due to additional time needed by the probation officer to complete the presentence report, Judgment and Sentencing was continued to September 15, 2017.

3. Defendant requests that the Judgment and Sentencing date currently set for September 15, 2017 be continued to September 29, 2017 due to unavailability of Mr, Mgdesyan, counsel for the defendant. Mr. Mgdesyan is involved in a trial before the Honorable P.

1

Tamu Usher in Department B of the San Fernando Courthouse, case number 7SV01454. The trial is expected to last until Thursday, September 21, 2017.

4. The government does not object to the requested continuance.

5. By this stipulation, defendant now moves to continue the sentencing to September 29, 2017.

IT IS SO STIPULATED.

Dated: September 13, 2017

Respectfully Submitted,
MGDESYAN LAW FIRM

/s/ *George G. Mgdesyan*
George G. Mgdesyan
Mgdesyan Law Firm
Attorney for Defendant
GARIK VOSKANYAN

Dated: September 13, 2017

Respectfully Submitted,

/s/ _____
Amy Schuller Hitchcock
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

[PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge